Norman Howard
5320 Regena Rose St.
North Las Vegas, Nevada 89081
Phone 702-771-9450

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN HOWARD,<br><br>Plaintiff,<br><br>vs.<br><br>ARROW FINANCIAL SERVCES, ER SOLUTIONS, INC., NORTHLAND GROUP, INC. and DOES 1-100<br><br>Defendant | Case No.: 2:11CV1757-RCJ/VCF<br><br>ORDER<br>MOTION TO DISMISS<br>WITH PREJUDICE |

Plaintiff NORMAN HOWARD, in proper person, hereby moves the honorable court that the above-entitled matter be dismissed in its entirety with prejudice, against the defendant(s) **ER SOLUTIONS, INC.** and DOE'S 1 through X, as this matter between the parties named herein was settled.

Service of process has not been initiated or completed, trial in this matter has not been set, and no motions are pending.

ORDER

IT IS SO ORDERED.

DATED: This 7th day of March, 2012.

_____
ROBERT C. JONES
United States Chief District Judge