MTD
Norman Howard
5320 Regena Rose St.
North Las Vegas, Nevada 89081
Phone 702-771-9450
Plaintiff

2012 MAR 26  P 12: 05

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Norman Howard, | Case No.: 2:11-cv-01757-RCJ-VCF |
| Plaintiff, | |
| vs. | MOTION TO DISMISS WITH PREJUDICE |
| ARROW FINANCIAL SERVCES, ER SOLUTIONS, INC., NORTHLAND GROUP, INC. and DOES 1-100 | |
| Defendant | |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Norman Howard, in proper person, hereby moves this honorable court that the above entitled matter be dismissed in its entirety with prejudice, against the Defendant(s) ARROW FINANCIAL SERVICES, LLC and DOES 1-100. The Parties named herein have resolved this matter.

Service of process has been completed, no motions are pending and trial in this case has not been set.

ORDER
IT IS SO ORDERED
DATED: This 3rd day of April, 2012.

_____
ROBERT C. JONES
Chief Judge