MTD
Norman Howard
5320 Regena Rose St.
North Las Vegas, Nevada 89081
Phone 702-771-9450
*Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

**Norman Howard,**

   Plaintiff,

  vs.

**ARROW FINANCIAL SERVCES, ER SOLUTIONS, INC., NORTHLAND GROUP, INC. and DOES 1-100**

   Defendant

Case No.: 2:11-cv-01757-RCJ-VCF

ORDER

MOTION TO DISMISS WITH PREJUDICE

## MOTION TO DISMISS WITH PREJUDICE

  Plaintiff, Norman Howard, in proper person, hereby moves this honorable court that the above entitled matter be dismissed in its entirety with prejudice, against the Defendant(s) NORTHLAND GROUP, INC. and DOES 1-100. The Parties named herein have resolved this matter.

  Service of process has been completed, no motions are pending and trial in this case has not been set.

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
Chief Judge
Dated: 04-03-2012